185 So. 926

**Asa (alias Honey, alias Hoona) SELLERS v. STATE.**

6 Div. 338.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

185 So. 926

**Jack SELLERS v. STATE.**

6 Div. 337.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

178 So. 926

**E. H. SELF v. L. R. POE.**

7 Div. 369.

Court of Appeals of Alabama.
Jan. 18, 1938.

Benners, Burr, McKamy & Forman, of Birmingham, for appellant.

McCord & McCord, of Gadsden, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

180 So. 901

**Joe SHELTON v. STATE.**

5 Div. 61.

Court of Appeals of Alabama.
April 19, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

180 So. 901

**Isom SHEPPARD v. STATE.**

8 Div. 631.

Court of Appeals of Alabama.
April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

181 So. 925

**Clyde SHERIDAN v. E. L. DOVER.**

6 Div. 324.

Court of Appeals of Alabama.
May 10, 1938.

J. T. Johnson, of Oneonta, for appellee.

RICE, Judge.
Affirmed.